No. 5168.—Sucn. Franceschi, Etc., aplte., *v.* González, apldo.—
C. D. Ponce.      Enero 19, 1932.

Vista la moción para suspender la ejecución de la sentencia presentada por la parte apelante en este caso, habiéndose admitido el recurso de apelación interpuesto para ante la Corte de Circuito y estando pendiente de resolverse la solicitud de *supersedeas* formulada: la Corte, en apoyo de su jurisdicción, ordena a las partes que se abstengan de realizar acto alguno tendente a la ejecución de la sentencia, debiendo esta orden comunicarse también por telégrafo a la Corte de Distrito de Ponce y al Registrador de la Propiedad de Utuado a fin de que preserven el *status quo* en el momento de recibirla.

No. 5168.—Sucn. Franceschi, Etc., aplte., *v.* González, apldo.—
C. D. Ponce.      Enero 19, 1932.

Examinado el escrito de apelación y el señalamiento de errores; y vista la moción presentada por la parte apelante interesando se reclame el mandato, se concede a la demandante apelación para ante la Corte de Circuito de Apelaciones para el Primer Circuito contra la sentencia dictada por este Tribunal con fecha 18 de diciembre de 1931, se ordena la devolución del mandato que había sido remitido a la Corte de Distrito de Ponce, y se señala el día 25 de enero de 1932, a las 2 p. m., para oír a las partes en cuanto a la monta de la fianza de *supersedeas* que habrá de fijarse en este caso a los fines de la apelación interpuesta.